**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-25472-CIV-KUNTZ**

**DANIEL WALKER OSORIO**,

Petitioner,

v.

**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**, *et al.*,

Respondents.
______________________________________/

**ORDER DENYING PETITION FOR HABEAS CORPUS**

**THIS CAUSE** comes before the Court on the Petitioner Daniel Walker Osorio's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition") [ECF 1]. Immigration and Customs Enforcement (ICE) detained Petitioner, an alien, in late 2025. *Compare* ECF 1 at 4 (claiming detention in November of 2025) *with* Response to Order to Show Cause at 4, Osorio v. U.S. Immigration and Customs Enforcement (No. 26-cv-25494-MD) (S.D. Fla. 2026) ("25494 Response") (claiming detention in December of 2025)[1]. Petitioner has been transferred from Florida to Georgia and back again. *See* ECF 5; ECF 11. Petitioner even went to Mexico in an attempt to deport him there which Petitioner thwarted by refusing to leave the bus. 25494 Response at 4. For the reasons that follow, this Petition is **DENIED.**

[1] Petitioner has now filed three petitions for habeas corpus. The first was denied without prejudice on June 11, 2026. *See Osorio v. Warden, Krome Service Processing Center, et al*, No. 26-cv-22203-JB (S.D. Fla. 2026). This present petition was filed less than two weeks later. *See* ECF 1 (filed on June 23, 2026). A third was filed on August 14, 2026. *See Osorio v. U.S. Immigration and Customs Enforcement, et al*, No. 26-cv-25494-MD.

"It is well established 'as between federal district courts . . . the general principle is to avoid duplicative litigation.'" *I.A. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986) (quoting *Colo. River Water Conservation Dist. v. United States*, 424 U.S. 800, 817 (1976)). "[T]he general rule is that a suit is duplicative of another suit of the parties, issues and available relief do not significantly differ between the two actions." *Id.* (citations omitted).

These three prongs are fully satisfied here. The same petitioner is seeking the same relief from the same respondents using the same arguments. Indeed, although the date of filing is different, there is no substantive changes from the form AO 242 used in this case and the form AO 242 used in the subsequent case. Further, the subsequent case has more robust response form the respondents, allowing for a more appropriate adjudication on the merits. Accordingly, it is hereby

**ORDERED and ADJUDGED** that the Petition [ECF 1] is **DENIED**. The Clerk of Court shall **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE** and **ORDERED** in Chambers in Fort Lauderdale, Florida on October 1, 2026.

JEFFREY T. KUNTZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record